## Marianna Penkala, Plaintiff in Error, v. City of Chicago, Defendant in Error.

### Gen. No. 14,915.

This case is controlled by the decision in Walters v. City of Ottawa, 240 Ill. 259.

Action in case for personal injuries. Error to the Superior Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1908. Affirmed. Opinion filed March 18, 1910.

F. W. JAROS, for plaintiff in error.

EDWARD J. BRUNDAGE and JOHN R. CAVERLY, for defendant in error; EDWARD C. FITCH of counsel.

MR. JUSTICE MACK delivered the opinion of the court.

Since this case was submitted, the Supreme Court has held in Walters v. City of Ottawa, 240 Ill. 259, that the plea of the statute of limitations is a good defense to a declaration in a cause of action for negligence against a city, amended after the statutory period had run by reciting that the statutory notice was duly given.

The judgment will be affirmed.

*Affirmed.*